

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/18/2012 02:00 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:12-bk-07394-CPM | 11 | 05/14/2012 |

Chapter 11

**DEBTOR:** Anthony Scott

**DEBTOR ATTY:** Scott Stamatakis

**TRUSTEE:** NA

**HEARING:**

1-Continued Status Conference
2-Motion for Adequate Protection and/or for Relief from Stay (Fee Paid.) Re: 5724 Casson Way, New Port Richey, FL. Filed by Jason A. Weber on behalf of Creditor BankUnited, N.A. (Doc #55)
3-Amended Motion for Relief from Stay   Re: 15419 East Lake Burrell Drive, Lutz, Florida 33549. Filed by David H Haft on behalf of Creditor McCormick 105, LLC (related document(s)[56]). (Vargas, Charo). Doc #62)

**APPEARANCES:**:
Nick   Fowler; Ben Lambers; Patti Halloran; Mr. Giancinto...

**RULING:**
1-Continued Status Conference.....DISCLOSURE STATEMENT UNDER ADVISEMENT....


2-Motion for Adequate Protection and/or for Relief from Stay (Fee Paid.) Re: 5724 Casson Way, New Port Richey, FL. Filed by Jason A. Weber on behalf of Creditor BankUnited, N.A. (Doc #55)....AGREED ORDER SUBMITTED....


3-Amended Motion for Relief from Stay   Re: 15419 East Lake Burrell Drive, Lutz, Florida 33549. Filed by David H Haft on behalf of Creditor McCormick 105, LLC (related document(s)[56]). (Vargas, Charo). Doc #62)...ADEQUATE PROTECTION AGREED TO; FURTHER HRG 12/11/12 AT 9:30 AM....ORDER BY HALLORAN....
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.

Case Number 8:12-bk-07394-CPM                    Chapter 11