IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:
ANTHONY SCOTT

CASE NO: 8:12-bk-07394-CPM
CHAPTER 11

Debtor(s)
_____/

## AGREED ORDER GRANTING ADEQUATE PROTECTION
(162 Sunlit Cove Dr. NE, St. Petersburg, FL 33702)

**THIS CASE** came before the Court upon an agreement for Adequate Protection amongst the parties, the Debtor and U.S. Bank National Association as successor trustee to Bank of America N.A. as successor by merger to LaSalle Bank N.A. as trustee for Washington Mutual Pass Through Certificates WMALT Series 2007-OA2, Claim #5 ("Secured Creditor"). The Court having been advised that the parties consent to the terms of this Order and being otherwise more fully advised in the premises, it is,

**ORDERED:**

1. Secured Creditor is granted adequate protection on the terms and conditions stated herein.

2. Secured Creditor shall retain all lien rights against the subject real property, legally describes as:

```
Lot 13, Block 11, SUN-LIT SHORES SUBDIVISION, according to plat
thereof as recorded in Plat Book 32, Pages 23 through 26, inclusive,
of the Public Records of Pinellas County, Florida.
```

**Parcel ID Number: 19/30/17/86634/011/0130**

3. The parties agree to monthly adequate protection payments in the amount of $1,684.13 which is based on a loan amount of $210,721.00 amortized over 30 years, with interest at

3.278%, and includes 1/12 payment of real estate taxes in the amount of $299.52 and insurance in the amount of $267.67. Monthly adequate protection payments will commence November 1, 2012 and continue on the first of every month, thereafter, until confirmation of the Debtor's Chapter 11 Plan of Reorganization. The Debtor shall maintain insurance, naming Secured Creditor, its Successors and/or Assigns as loss payee, and Adequate Protection payments are subject to periodic changes in accordance with fluctuations in escrow payments.

4. Debtors shall send all payments directly to Secured Creditor at:

JPMorgan Chase Bank, N.A, 3415 Vision Drive
Columbus, Ohio, 43219
Attn: OH4-7133

All funds submitted pursuant to the terms of this Order shall include the mortgagor's account number and the street address of the property securing.

5. Such adequate protection payments may be applied by Secured Creditor in normal course in accordance with the loan documents. All grace periods as set forth in the loan documents with regard to the payments of the regular monthly payment shall apply.

6. Debtor shall be in compliance with this Order by making all monthly adequate protection payments as required by terms of the Note and Mortgage and this Order. Debtor shall be in default under this Order if such payments are not made in a timely manner as required under the terms of the Note and Mortgage.

7. For purposes of this Order the value of the subject property is $210.721.00. However, this Order is not determinative of the value of the subject property. This Order may be amended to adjust for a change in value and adequate protection. In addition, payment, and acceptance of any payment, under this agreement shall not be determinative of, or otherwise affect, any

adjudication as to the value of the subject property or constitute, or be determinative of, any adjudication as to the interest rate or amortization.

8. Secured Creditor consents to Debtor's use of its cash collateral in exchange for the aforementioned adequate protection payments.

9. In the event of a default under this Order, Secured Creditor may file a Final Motion for Relief which motion will be heard on an expedited basis.

| Approved as to form and content by: | Approved as to form and content by: |
|---|---|
| Date: November 28, 2012 | Date: NOV 19 2012 |
| By: _____ | _____ |
| Scott D. Stamatakis, Esquire | Kevin L. Hing, Esquire |
| Stamatakis & Thalji, PL | Shapiro, Fishman & Gaché, LLP |
| Florida Bar No.: 178454 | Florida Bar No.: 0071976 |
| P.O. Box 341499 | 4630 Woodland Corporate Blvd., Suite 100 |
| Tampa, Florida 33694 | Tampa, Florida 33614 |
| (813) 282-9330 (telephone) | (813) 880-8888 (telephone) |
| (813) 282-8648 (facsimile) | (813) 880-8800 (facsimile) |
| Trial Attorney for Debtor | Attorney for Secured Creditor |

DONE AND ORDERED in Tampa, Florida on December 12, 2012 _____.

_____
Catherine Peek McEwen
United States Bankruptcy Judge

Copies provided to:
Anthony Scott
540 Carillon Pkwy #3090
St. Petersburg, Florida 33716

Stamatakis and Thalji, PL-Attorney for Debtors
13904 North Dale Mabry Highway, Suite 301
Tampa, Florida 33618

United States Trustee-TPA
Timberlake Annex
501 East Polk Street, Suite 1200

Tampa, Florida 33602
ATTN: Benjamin E. Lambers, Esq.

Shapiro, Fishman & Gaché, LLP-Attorney for Secured Creditor
4630 Woodland Corporate Blvd., Suite 100
Tampa, Florida 33614
ATTN: Kevin L. Hing, Esquire